B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

NORTHERN DISTRICT OF ILLINOIS

In Re:  
ML BROWN

Case No. 1604231

THOMAS M BROWN, JR.

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

PRA Receivables Management, LLC., as agent of  
Portfolio Recovery Associates, LLC  
-------------------------------------------  
Name of Transferee

Ally Financial  
-------------------------------------------  
Name of Transferor

Name and Address where notices to transferee  
should be sent:  
Portfolio Recovery Associates, LLC  
POB 41067  
Norfolk, VA 23541

Court Claim # (if known): 4  
Amount of Claim: $15,364.52  
Date Claim Filed: 02/17/2016

Phone: (877)829-8298  
Last Four Digits of Acct # : 8593

Phone:  
Last Four Digits of Acct #: 8593

Name and Address where transferee payments  
Should be sent (if different from above)  
Portfolio Recovery Associates, LLC  
POB 12914  
Norfolk, VA 23541

Seller Information  
ALLY FINANCIAL INC.  
440 South Church St  
Charlotte NC 28202

Phone: (877)829-8298  
Last Four Digits of Acct # : 8593

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jennifer Price  
-------------------------------------------  
 Transferee/Transferee's Agent  
Email: Bankruptcy_Info@portfoliorecovery.com

Date: 3/4/2019

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## EXHIBIT B

## BILL OF SALE AND ASSIGNMENT OF RECVEIVABLES
## and Waiver of Notice under FRBP 3001 (e) (2)

The undersigned Assignor ("Assignor") on and as of the date hereof hereby absolutely sells, transfers, assigns, and conveys to Portfolio Recovery Associates a Limited Liability Company organized under the laws of Delaware ("Assignee"), with limited recourse, subject to Buyer's repurchase rights as set forth in Sections 4.1 and 4.2 of the Bankruptcy Receivables Purchase Agreement, dated as of February 19, 2019, by and among Assignor, in its capacity as the Seller, Assignee, in its capacity as the Buyer, and PRA RM, pursuant to which the Receivables are being sold, all of Assignor's right, title and interest in and to each of the retail installment sale contracts identified in the schedule as the Assignor's retail installment sale contracts ("Receivable Schedule") attached hereto (the "Receivables"), together with the right to all amount financed, finance charge or other proceeds of any kind with respect to the Receivables remaining due and owing as of the Cutoff Date applicable to such Receivables as set forth in the Bankruptcy Receivables Purchase Agreement pursuant to which the Receivables are being sold (including but not limited to proceeds derived from the conversion, voluntary or involuntary, of any of the Receivables into cash or other liquidated property.)

Pursuant to the foregoing assignment, the Assignor stipulates that the Assignee may be substituted for the Assignor as the valid owner of the Receivables and hereby waives any notice or hearing requirements imposed by Bankruptcy Rule 3001 (e) (2) related to the transfer of the Receivables.

Effective Date: February 19, 2019

ASSIGNOR:

**Ally Financial Inc.**

By: _____
Name: Jennifer A. LaClair
Title: Chief Financial Officer