UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.: 16-04231 |
|---|---|---|
| ML and Thomas Brown | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) The Chapter 13 Plan is modified to allow the Debtors to retain up to $1,200.00 of their 2018 federal income tax refund.

2. The tax language in Section G of Debtors' Chapter 13 Plan is modified to "On or before April 20th of the year beginning with the 2019 tax year and each year thereafter, the Debtor(s) shall submit a copy of the prior year's filed federal tax return to the Chapter 13 Trustee. The Debtor(s) shall tender the amount of any tax refund received while the case is pending in excess of $1,200.00 to the Trustee. The tax refunds shall be treated as additional payments into the plan and must be submitted within 7 (seven) days of receipt of each such refunds by the Debtor(s)."

Enter: *LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: July 29, 2019

**Prepared by:**

Robert C. Bansfield Jr., A.R.D.C. #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100